UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tonya Renee Hatton,                                                    Civil No. 11-2756 (DWF/JJG)

          Plaintiff,

v.                                                            **ORDER ADOPTING REPORT**
                                                             **AND RECOMMENDATION**

Michael J. Astrue,
Commissioner of Social Security,

          Defendant.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeanne J. Graham dated May 15, 2012.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that:

      This action is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rules of Civil Procedure 4(m) and 41(b).

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  June 19, 2012           s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge